IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

BRANDI McCARTY, )
)
        Plaintiff, )
)
        v. )   No. 08-5113-SSA-CV-SW-WAK
)
MICHAEL J. ASTRUE, Commissioner, )
Social Security Administration, )
)
        Defendant. )

**ORDER**

    Before the court is the Commissioner's motion of November 17, 2009, requesting the court to enter a final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, reversing the decision of the Administrative Law Judge (ALJ) and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner states that, upon remand, the ALJ will be directed to give further consideration to plaintiff's mental impairments, consistent with the technique described in the regulations. McCarty filed a consent to the request for a remand.

    After consideration of the record and the parties' pleadings, the court finds that a remand, pursuant to sentence four, is warranted. Remand will expedite administrative review and allow the Commissioner to properly consider the claim. Accordingly, it is

    ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of plaintiff's claim. [15]

    Dated this 24th day of November, 2009, at Jefferson City, Missouri.

                             /s/ *William A. Knox*
                             WILLIAM A. KNOX
                             United States Magistrate Judge